Hart v Cappa (2025 NY Slip Op 05189)

Hart v Cappa

2025 NY Slip Op 05189

Decided on September 30, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: September 30, 2025

Before: Kern, J.P., Scarpulla, Kapnick, Gesmer, Hagler, JJ. 

Index No. 156732/16|Appeal No. 4772|Case No. 2025-00295|

[*1]Penny F. Hart, Plaintiff-Appellant,
v
Thomas . Cappa, Defendant-Respondent.

Schwartz, Conroy & Hack, PC, Garden City (Matthew J. Conroy of counsel), for appellant.
Gravante, Gravante & Looby, LLP, Brooklyn (Mary Margaret Looby of counsel), for respondent.

Order and judgment (one paper), Supreme Court, New York County (James G. Clynes, J.), entered on or about December 26, 2024, which, inter alia, denied plaintiff's motion to reject or modify the Receiver/Referee's report and confirmed the report rendering an accounting of the parties' respective interests for partition, unanimously affirmed, without costs.
Plaintiff's motion to reject or modify the Receiver/Referee's report was properly denied based on the parties' previous trial testimony before the motion court and the documents submitted to the Receiver/Referee (see CPLR 4320[a]). The motion court correctly determined that neither party had presented a basis to hold an additional hearing or otherwise disturb the Receiver/Referee's findings, which were supported by the record, rendering a new report unwarranted (CPLR 4403; see also Board of Mgrs. of Boro Park Vil.-Phase I Condominium v Boro Park Townhouse Assoc. , 284 AD2d 237, 238 [1st Dept 2001]). Accordingly, the report was properly confirmed.
We have considered plaintiff's remaining arguments and find them unavailing.THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: September 30, 2025